1  MICHAEL A. JACOBS (BAR NO. 111664)
   WESLEY E. OVERSON (BAR NO. 154737)
2  FREDERICK S. CHUNG (BAR NO. 183337)
   DAVID E. MELAUGH (BAR NO. 219477)
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California  94105-2482
   Telephone: (415) 268-7000
5  Facsimile: (415) 268-7522

6  Attorneys for Defendant
   SABA SOFTWARE, INC.
7

8
                  UNITED STATES DISTRICT COURT
9
                NORTHERN DISTRICT OF CALIFORNIA
10
                       SAN JOSE DIVISION
11

12  IP LEARN, LLC,                    |  No.      C-02-2634 JW

13              Plaintiff,            |  **DECLARATION OF FREDERICK S.**
                                      |  **CHUNG IN SUPPORT OF SABA'S**
14     v.                             |  **OPENING BRIEF ON THE INITIAL**
                                      |  **CLAIM CONSTRUCTION OF IP**
15  SABA SOFTWARE, INC.;              |  **LEARN'S PATENTS**
    and DOES 1-19,
16                                    |  Date:    February 7, 2003
                Defendant.            |  Time:    9:00 a.m.
17                                    |  Room:    8, 4th Floor
                                      |  Before:  Hon. James Ware
18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF FREDERICK S. CHUNG
No. C-02-2634 JW
sf-1428632

1    I, Frederick S. Chung, hereby declare as follows:

2        1.    I am an attorney duly licensed to practice law in the State of California and an

3    associate in the law firm of Morrison & Foerster LLP, counsel of record for defendant Saba

4    Software, Inc. ("Saba") in this action.   I make this declaration in support of the Saba's Opening

5    Brief on the Initial Claim Construction of Plaintiff IP Learn, LLC's ("IP Learn's") Patents.

6        2.    Attached hereto as Exhibit 1 is a true and correct copy of U.S. Patent No. 5,779,486

7    (the "'486 patent").

8        3.    Attached hereto as Exhibit 2 is a true and correct copy of U.S. Patent No. 5,934,909

9    (the "'909 patent").

10        4.    Attached hereto as Exhibit 3 is a true and correct copy of U.S. Patent No. 6,118,973

11    (the "'973 patent").

12        5.    Attached hereto as Exhibit 4 is a true and correct copy of U.S. Patent No. 6,126,448

13    (the "'448 patent").

14        6.    Attached hereto as Exhibit 5 is a true and correct copy of U.S. Patent No. 6,398,556

15    (the "'556 patent").

16        7.    Attached hereto as Exhibit 6 is a true and correct copy of the Court's Revised

17    Scheduling Order, dated November 25, 2002.

18        8.    Attached hereto as Exhibit 7 is a true and correct copy of Saba's Proposed Claim

19    Terms and Claim Elements for Construction, dated December 4, 2002.

20        9.    Attached hereto as Exhibit 8 is a true and correct copy of IP Learn's Proposed Claim

21    Terms and Claim Elements for Construction, dated December 31, 2002.

22        10.    Attached hereto as Exhibit 9 is a true and correct copy of excerpted pages from

23    Merriam-Webster's Collegiate Dictionary, Tenth Edition (1993).

24        11.    Attached hereto as Exhibit 10 is a true and correct copy of excerpted pages from the

25    SuccessMaker Instructional Management Handbook, published by Computer Curriculum

26    Corporation (1993).

27        12.    Attached hereto as Exhibit 11 is a true and correct copy of excerpted pages from the

28    PC Novice Guide to Selecting Software, Vol. 3, Issue 12 (1995).

13.     Attached hereto as Exhibit 12 is a true and correct copy of excerpted pages from the High School Learning and Resource Library by Pro One (1995).

14.     Attached hereto as Exhibit 13 is a true and correct copy of excerpted pages from the SuccessMaker Courseware brochure, published by Computer Curriculum Corporation (1994).

15.     Attached hereto as Exhibit 14 is a true and correct copy of excerpted website pages from Asymetrix Librarian, published by Asymetrix Learning Systems, Inc. (1998).

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed on this 6th day of January, 2003 in San Francisco, California.


                                  s/Frederick S. Chung
                                    Frederick S. Chung