COOLEY GODWARD LLP
THOMAS J. FRIEL, JR. (80065)
BENJAMIN K. RILEY (112007)
JAMES P. BROGAN (155906)
ANDREW KUMAMOTO (178541)
WAYNE O. STACY (Pending *Pro Hac Vice*)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone:   (650) 843-5000
Facsimile:   (650) 857-0663

Attorneys for Plaintiff and Counterdefendant
IP LEARN, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IP LEARN, LLC,<br><br>   Plaintiff and Counterdefendant,<br><br>v.<br><br>SABA SOFTWARE INC.; and DOES 1-10,<br><br>   Defendant and Counterclaimant. | No. C 02-02634 JW (RS)<br><br>**IP LEARN'S PROPOSED TERMS FOR CONSTRUCTION** |

IP Learn submits a list of proposed claim terms for construction for U.S. Patent Nos. 5,779,486 ("'486 patent"); 5,934,909 ("'909 patent"); 6,118,448 ("'448 patent"); and 6,398,556 ("'556 patent"). These terms are in addition to those terms raised in Saba's Proposed Claim Terms and Claim Construction, dated December 4, 2002.

I.   TERMS FOR CONSTRUCTION FROM THE '486, '973, AND '909 PATENTS.

IP Learn proposes that the following terms be construed: relationship rules, prerequisite rules, complexity-hierarchy, and inference engine. All other terms are unambiguous and do not require construction.

COOLEY GODWARD LLP
ATTORNEYS AT LAW
PALO ALTO

190827 v1/BD
438R01!.DOC

1.

IP LEARN'S PROPOSED
TERMS FOR CONSTRUCTION
Case No. C 02-02634 JW (RS)

II.  TERMS FOR CONSTRUCTION FROM THE '556 PATENTS.

All terms in the '556 patent are unambiguous and do not require construction.

III.  TERMS FOR CONSTRUCTION FROM THE '448 PATENTS.

All terms in the '448 patent are unambiguous and do not require construction.

Dated: January 24, 2003

COOLEY GODWARD LLP

*/s/ James P. Brogan*

James P. Brogan

Attorneys for Plaintiff and Counterdefendant
IP LEARN, LLC

COOLEY GODWARD LLP
ATTORNEYS AT LAW
PALO ALTO

190827 v1/BD
438R01!.DOC

2.

IP LEARN'S PROPOSED
TERMS FOR CONSTRUCTION
Case No. C 02-02634 JW (RS)

# PROOF OF SERVICE
## (FRCP 5)

I am a citizen of the United States and a resident of the State of Colorado. I am employed in Boulder County, State of Colorado, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action. My business address is Cooley Godward LLP, 380 Interlocken Crescent, Suite 900, Broomfield, Colorado 80021. On the date set forth below I served the documents described below in the manner described below:

1. **IP LEARNS PROPOSED TERMS FOR CONSTRUCTION**

   ☐ (BY U.S. MAIL) I am personally and readily familiar with the business practice of Cooley Godward LLP for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at Palo Alto, California.

   ☐ (BY MESSENGER SERVICE) by consigning the document(s) to an authorized courier and/or process server for hand delivery on this date.

   ☒ (BY FACSIMILE) I am personally and readily familiar with the business practice of Cooley Godward LLP for collection and processing of document(s) to be transmitted by facsimile and I caused such document(s) on this date to be transmitted by facsimile to the offices of addressee(s) at the numbers listed below.

   ☐ (BY OVERNIGHT MAIL) I am personally and readily familiar with the business practice of Cooley Godward LLP for collection and processing of correspondence for overnight delivery, and I caused such document(s) described herein to be deposited for delivery to a facility regularly maintained by _____ for overnight delivery.

on the following part(ies) in this action:

Michael A. Jacobs
Wesley E. Overson
Frederick Chung
MORRISON & FOERSTER
425 Market Street
San Francisco, CA 94105-2482

Executed on January 24, 2003, at Palo Alto, California.

*Sherry Duncan Bitler*
Sherry Duncan Bitler

COOLEY GODWARD LLP
ATTORNEYS AT LAW
PALO ALTO

190827 v1/BD
438R01!.DOC

3.

IP LEARN'S PROPOSED
TERMS FOR CONSTRUCTION
Case No. C 02-02634 JW (RS)