COOLEY GODWARD LLP
THOMAS J. FRIEL, JR. (80065)
BENJAMIN K. RILEY (112007)
JAMES P. BROGAN (155906)
JON Y. IKEGAMI (211766)
One Maritime Plaza
20th Floor
San Francisco, CA 94111-3580
Telephone: (415) 693-2000
Facsimile: (415) 951-3699

Attorneys for Plaintiff
IP LEARN, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IP LEARN, LLC,<br><br>　　　　Plaintiff and Counterdefendant,<br><br>　　v.<br><br>SABA SOFTWARE, INC.; and DOES 1-10,<br><br>　　　　Defendant and Counterclaimant. | Case No. C 02-02634 JW (HRL)<br><br>**DECLARATION OF JON Y. IKEGAMI IN SUPPORT OF PLAINTIFF IP LEARN, LLC'S RESPONSE TO DEFENDANT SABA SOFTWARE, INC.'S MISCELLANEOUS ADMINISTRATIVE REQUEST REGARDING THE SCHEDULING OF PLAINTIFF'S AND DEFENDANT'S MOTIONS TO COMPEL AND MOTIONS FOR SANCTIONS** |

I, Jon Y. Ikegami, declare:

1. I am an attorney duly admitted to practice before this Court, and an attorney at the law firm of Cooley Godward, LLP, attorneys herein for Plaintiff and Counterdefendant IP Learn, LLC ("IP Learn"). I have personal knowledge of the matters stated herein and if called to testify would state the following:

2. Attached hereto as Exhibit 1 is a true and correct copy of a letter from Frederick S. Chung to me dated January 15, 2003.

3. Attached hereto as Exhibit 2 is a true and correct copy of Saba's Preliminary

COOLEY GODWARD LLP
ATTORNEYS AT LAW
SAN FRANCISCO

634548 v1/PA
DLMC01!.DOC

1.

IKEGAMI DECL. I/S/O PLTF'S RESPONSE TO
MISC. ADMIN. REQUEST
C 02-02634 JW (HRL)

Invalidity Contentions and Related Document Disclosure.

4. Attached hereto as Exhibit 3 is a true and correct copy of Saba's Proposed Claim Terms and Claim Elements for Construction.

5. Attached hereto as Exhibit 4 is a true and correct copy of Saba's Opening Brief On The Initial Claim Construction Of IP Learn's Patents.

6. Attached hereto as Exhibit 5 is a true and correct copy of a letter from Frederick S. Chung to me dated January 23, 2003.

7. Attached hereto as Exhibit 6 is a true and correct copy of Plaintiff IP Learn, LLC's Notice of Motion and Motion to Compel Answers to Interrogatories, dated January 27, 2003.

8. Attached hereto as Exhibit 7 is a true and correct copy of a letter from me to Frederick S. Chung dated January 30, 2003.

9. Attached hereto as Exhibit 8 is a true and correct copy of a letter from me to Frederick S. Chung dated January 31, 2003.

10. Attached hereto as Exhibit 9 is a true and correct copy of a letter from me to Frederick S. Chung dated February 4, 2003.

11. Attached hereto as Exhibit 10 is a true and correct copy of a letter from Frederick S. Chung to me dated February 4, 2003.

12. Attached hereto as Exhibit 11 is a true and correct copy of a letter from me to Frederick S. Chung dated February 6, 2003.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 6th day of February, 2003, at Palo Alto, California.

          s/ Jon Y. Ikegami
          Jon Y. Ikegami

COOLEY GODWARD LLP
ATTORNEYS AT LAW
SAN FRANCISCO

634548 v1/PA
DLMC01!.DOC

2.

IKEGAMI DECL. I/S/O PLTF'S RESPONSE TO
MISC. ADMIN. REQUEST
C 02-02634 JW (HRL)