MICHAEL A. JACOBS (BAR NO. 111664)
WESLEY E. OVERSON (BAR NO. 154737)
FREDERICK S. CHUNG (BAR NO. 183337)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Attorneys for Defendant
SABA SOFTWARE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IP LEARN, LLC,<br><br>    Plaintiff and Counterdefendant,<br><br>v.<br><br>SABA SOFTWARE INC.,<br><br>    Defendant and Counterclaimant.<br><br>AND RELATED COUNTERCLAIMS. | No.    C 02-02634 JW<br><br>**SABA'S PROPOSED CLAIM TERMS AND CLAIM ELEMENTS FOR CONSTRUCTION**<br><br>**(Patent L.R. 4-1)** |

    Pursuant to Northern District Patent Local Rule 4-1, Saba hereby submits its proposed claim terms, phrases, or clauses for construction for U.S. Patent No. 5,779,486 (the "'486 patent"), U.S. Patent No. 5,934,909 (the "'909 patent"), U.S. Patent No. 6,118,973 (the "'973 patent"), U.S. Patent No. 6,126,448 (the "'448 patent"), and U.S. Patent No. 6,398,556 (the "'556 patent"). These terms and phrases are in addition to the terms and phrases listed in Saba's Proposed Claim Terms and Claim Elements for Construction, dated December 4, 2002.

I.  **TERMS FOR CONSTRUCTION FROM THE '486, '909, AND '973 PATENTS**

Saba proposes that the following terms or phrases be construed:

    relationship rules

    pre-requisite rules

    inference engine

    pre-requisite analyzer

    score generator

    generate/generating a score

    overall score/overall scores

    question generator

    generate/generating…questions

    test-results-storage medium

    analysis-rules-storage medium

    complexity-hierarchy

    first computing device

    second computing device

    analyzing…test results

    assessing/assessment

    plurality

    prior-to-the-latest test results

    server computer

    client computer

II.  **TERMS FOR CONSTRUCTION FROM THE '448 PATENT**

Saba proposes that the following terms or phrases be construed:

    job position

    job/jobs

ascertain/ascertaining/ascertained

profile

learning materials

### III. TERMS FOR CONSTRUCTION FROM THE '556 PATENT

Saba proposes that the following terms or phrases be construed:

institute user

learning user

pays to access

materials regarding the user/materials regarding the learning user/materials regarding at least one learning user/materials regarding the at least one learning user

ascertaining

modularized as learning objects

Dated: January 29, 2003

          MICHAEL A. JACOBS
          WESLEY E. OVERSON
          FREDERICK S. CHUNG
          MORRISON & FOERSTER LLP

By: /s/ Frederick S. Chung
      Frederick S. Chung

          Attorneys for Defendant
          SABA SOFTWARE, INC.