UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

DATE: FEB.07,2003

Case No. 02-02634   JUDGE: JAMES WARE

IP LEARN, LLC-v-SABA SOFTWARE INC.
Title

JAMES BROGAN ESQ ,ET AL                    MICHAEL JACOBS ESQ ET AL

Attorneys Present                                    Present

Deputy Clerk: RONALD L. DAVIS        COURT REPORTER: IRENE RODRIGUEZ

PROCEEDINGS

CLAIMS/MARKMAN HEARING #1*(LIMITED CLAIMS)-HELD


EXPERT DISCLOSURE:                          DISCOVERY CLOSE(ALL)

CASE CONTINUED TO:                          for FINAL P/T Conference

CASE CONTINUED TO:                           for Jury Trial

CASE CONTINUED TO:                           PRELIMINARY PRETRIAL CONFERENCE

CASE CONTINUED TO:                           for PRETRIAL MOTIONS

CASE CONTINUED TO:                           DISMISSAL CALENDAR

ORDER AFTER HEARING

MATTER DEEMED SUBMITTED AFTER HEARING

( XX ) SUBMITTED        ( ) BRIEFS TO BE FILED

Briefing Schedule: Opening  Answer

              Reply  Deemed Submitted