## MORRISON & FOERSTER LLP

SAN FRANCISCO
LOS ANGELES
DENVER
PALO ALTO
WALNUT CREEK
SACRAMENTO
CENTURY CITY
ORANGE COUNTY
SAN DIEGO

ATTORNEYS AT LAW

425 MARKET STREET
SAN FRANCISCO, CALIFORNIA 94105-2482
TELEPHONE (415) 268-7000
TELEFACSIMILE (415) 268-7522

NEW YORK
WASHINGTON, D.C.
NORTHERN VIRGINIA
LONDON
BRUSSELS
BEIJING
HONG KONG
SINGAPORE
TOKYO

January 15, 2003

Writer's Direct Contact
(415) 268-7645
fchung@mofo.com

**BY FACSIMILE**

Jon Y. Ikegami, Esq.
Cooley Godward LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155

Re: *IP Learn, LLC v. Saba Software, Inc.*

Dear Jon:

I am writing to follow up on Saba's production of various sets of documents in this case. Now that you have Saba's core product documentation showing the functionality of Saba's products (produced in July 2002), tens of thousands of pages of additional product documentation (produced in October 2002), source code (produced in December 2002 and January 2003), and product development documents (produced today), we invite you to revise your preliminary infringement contentions ("PICs").

As you are undoubtedly aware, IP Learn's original PICs, served on November 27, 2002, are woefully inadequate and hardly identify any concrete basis for infringement of IP Learn's patents. Indeed, they do not even identify a Rule 11 basis for infringement. In order to narrow the range of issues that may be raised in upcoming proceedings, Saba hereby invites IP Learn to amend its PICs during the next several weeks. Of course, in order to give Saba sufficient time to review any amended PICs in advance of the summary judgment briefing, we would ask that you provide us with any amendments by no later than February 12, 2003.

Please feel free to contact me if you have any questions.

Very truly yours,

*Frederick Chung*

Frederick S. Chung

sf-1433416