| | |
|---|---|
| 1 | MICHAEL A. JACOBS (CA SBN 111664) |
|   | WESLEY E. OVERSON (CA SBN 154737) |
| 2 | FREDERICK S. CHUNG (CA SBN 183337) |
|   | DAVID E. MELAUGH (CA SBN 219477) |
| 3 | MORRISON & FOERSTER LLP |
|   | 425 Market Street |
| 4 | San Francisco, California  94105-2482 |
|   | Telephone: (415) 268-7000 |
| 5 | Facsimile: (415) 268-7522 |

Attorneys for Defendant
SABA SOFTWARE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IP LEARN, LLC, | No.   C 02-02634 JW |
| Plaintiff and Counterdefendant, | **SABA SOFTWARE, INC.'S MOTION TO AMEND PRELIMINARY INVALIDITY CONTENTIONS PURSUANT TO LOCAL RULE 3-7** |
| v. | |
| SABA SOFTWARE INC.; and DOES 1-10, | |
| Defendant and Counterclaimant. | Date:         No hearing requested |
| | Judge:        Hon. James Ware |
| | Courtroom:    8, 4th Floor |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that defendant Saba Software, Inc. hereby moves this Court to amend its preliminary invalidity contentions pursuant to Local Rule 3-7.  Plaintiff IP Learn, LLC does not oppose such a motion.  Saba does not request a hearing on this matter, but if the Court wishes to hear argument, Saba requests that this motion be heard in conjunction with Saba's summary judgment motions, scheduled for 9:00 a.m., June 9, 2003.

1    Pursuant to Northern District Patent Local Rule 3-7, Saba Software, Inc. ("Saba") seeks

2 leave of this Court to amend its preliminary invalidity contentions to take into account a thesis

3 written by Iraj Hirmanpour entitled "A Computerized Model For Placement And Diagnostic

4 Testing In College Remedial Mathematics."

5    After serving its preliminary invalidity contentions, Saba obtained the Hirmanpour thesis

6 from a commercial thesis depository service.  (Declaration of David E. Melaugh re: Motion to

7 Amend Preliminary Invalidity Contentions, filed herewith, ¶ 1.)  Saba served a copy of the thesis

8 on IP Learn on February 11, 2003.  (Id. ¶ 1 & Ex. A.)  At that time, Saba sought IP Learn's

9 consent to update its invalidity contentions to take into account the Hirmanpour thesis.  (Id. Ex.

10 A.)  Receiving no response, we requested such consent again on March 18, 2003, this time

11 attaching a table containing Saba's proposed amendment to its invalidity contentions.  (Id. Exs. B

12 & C ("Table 9").)  On April 1, 2003, IP Learn indicated that it would not oppose a motion to

13 supplement Saba's invalidity contentions by adding Table 9.  (Id. Ex. D.)  On May 1, 2003, IP

14 Learn's counsel confirmed that IP Learn would not oppose the amendment to Saba's invalidity

15 contentions discussed in the parties' correspondence.  (Id. ¶ 6.)

16    For the reasons stated above, Saba seeks leave of this Court to amend its preliminary

17 invalidity contentions to add "Table 9" (attached as Exh. C to the accompanying declaration).

18    Dated: May 5, 2003         MICHAEL A. JACOBS
                                  WESLEY E. OVERSON
19                                FREDERICK S. CHUNG
                                  DAVID E. MELAUGH
20                                MORRISON & FOERSTER LLP

21

22                                By:    s/David E. Melaugh
                                         David E. Melaugh
23
                                  Attorneys for Defendant
24                                SABA SOFTWARE, INC.

25

26

27

28

SABA'S MOTION TO AMEND PRELIMINARY INVALIDITY CONTENTIONS
NO. C 02-02634 JW                                                                                   1
sf-1495137