```
 1  MICHAEL A. JACOBS (CA SBN 111664)
    WESLEY E. OVERSON (CA SBN 154737)
 2  FREDERICK S. CHUNG (CA SBN 183337)
    DAVID E. MELAUGH (CA SBN 219477)
 3  MORRISON & FOERSTER LLP
    425 Market Street
 4  San Francisco, California  94105-2482
    Telephone: (415) 268-7000
 5  Facsimile: (415) 268-7522

 6  Attorneys for Defendant
    SABA SOFTWARE, INC.
 7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IP LEARN, LLC,<br><br>　　　Plaintiff and Counterdefendant,<br><br>　　　v.<br><br>SABA SOFTWARE INC.; and DOES 1-10,<br><br>　　　Defendant and Counterclaimant. | No.　　C 02-02634 JW<br><br>**DECLARATION OF DAVID E. MELAUGH IN SUPPORT OF SABA SOFTWARE, INC.'S MOTION TO AMEND PRELIMINARY INVALIDITY CONTENTIONS PURSUANT TO LOCAL RULE 3-7** |

I, David E. Melaugh, hereby declare as follows:

1. I am an attorney duly licensed to practice law in the State of California and an associate in the law firm of Morrison & Foerster LLP, counsel of record for defendant Saba Software, Inc. ("Saba") in this action. I make this declaration in support of Saba Software, Inc.'s Motion To Amend Preliminary Invalidity Contentions Pursuant To Local Rule 3-7.

2. On January 10, 2003, Saba served IP Learn with its Preliminary Invalidity Contentions and Related Disclosure, a true and correct copy of which is attached as Exhibit M to the Declaration of David E. Melaugh in Support of Saba Software, Inc.'s Motions For Summary Judgment, filed herewith.

3. Saba subsequently received Iraj Hirmanpour's thesis entitled "A Computerized Model For Placement And Diagnostic Testing In College Remedial Mathematics" by way of a commercial thesis delivery service. On February 11, 2003 Saba sent a copy of the thesis to IP Learn. Attached hereto as Exhibit A is a true and correct copy of the cover letter to that production, sent by Frederick Chung of my firm, counsel to Saba, to Jon Ikegami, counsel to IP Learn LLC ("IP Learn"), on February 11, 2003. A true and correct copy of the thesis received by Morrison & Foerster that accompanied that letter is attached as Exhibit A to the Declaration of Iraj Hirmanpour, filed herewith.

4. Attached hereto as Exhibit B is a true and correct copy of a letter sent by Frederick Chung of my firm, counsel to Saba, to Jon Ikegami, counsel to IP Learn LLC ("IP Learn"), on March 18, 2003.

5. Attached hereto as Exhibit C is a true and correct copy of "Table 9," which accompanied Exhibit B, containing Saba's preliminary infringement contentions as they relate to the Hirmanpour thesis.

6. Attached hereto as Exhibit D is a true and correct copy of a letter from Douglas Robbins, counsel to IP Learn, to me, sent April 1, 2003.

7. On May 1, 2003, I spoke by telephone with Wayne Stacey, counsel to IP Learn. Mr. Stacey indicated that IP Learn would not oppose a motion to update Saba's invalidity contentions in the fashion discussed in the parties' correspondence.

DECLARATION OF DAVID E. MELAUGH ISO SABA'S MOTION TO AMEND
NO. C 02-02634 JW
sf-1495303

1

1  I declare under penalty of perjury of the laws of the United States that the foregoing is true
2  and correct.
3  Executed on this 5th day of May, 2003 in San Francisco, California.
4
5
6                          s/David E. Melaugh
7                          David E. Melaugh
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28