```
1   COOLEY GODWARD LLP
    THOMAS J. FRIEL, JR. (80065)
2   BENJAMIN K. RILEY (112007)
    JAMES P. BROGAN (155906)
3   WAYNE O. STACY (admitted pro hac vice)
    ANDREW KUMAMOTO (178541)
4   Five Palo Alto Square, 3000 El Camino Real
    Palo Alto, CA 94306-2155
5   Telephone:    (650) 843-5000
    Facsimile:    (650) 857-0663
6
    Attorneys for Plaintiff IP LEARN, LLC
7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| IP LEARN, LLC, | No. C 02-02634 JW (HRL) |
|---|---|
| Plaintiff and Counterdefendant, | **OPPOSITION TO SABA SOFTWARE INC.'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT RE: THE '448 AND '556 PATENTS** |
| v. | |
| SABA SOFTWARE INC.; and DOES 1-10, | **[DOCUMENT FILED UNDER SEAL]** |
| Defendant and Counterclaimant. | Date:     June 9, 2003<br>Time:     9:00 a.m.<br>Judge:    The Honorable James Ware<br>Courtroom: 8 (4th floor) |
| AND RELATED COUNTERCLAIMS. | |

**FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER**

**CONTAINS HIGHLY CONFIDENTIAL INFORMATION**

Plaintiff, IP Learn LLC ("IP Learn") hereby opposes Saba Software Inc.'s Motion for Summary Judgment of Non-Infringement Re: the '448 and '556 Patents (the "Summary Judgment Motion"). The evidence in this case, including, but not limited to, the Declaration of William Horton, Saba's product literature, and its software, demonstrates that Saba's non-infringement positions are plagued by substantial issues of fact. Saba's motion must, therefore, be denied.

COOLEY GODWARD LLP
ATTORNEYS AT LAW
PALO ALTO

646767 v1/PA
DV1R01!.DOC

1.

OPPOSITION TO SABA SOFTWARE INC'S MSJ OF
NON-INFRINGEMENT RE: '448 AND '556 PATENTS
Case No. C 02-02634 JW (HRL)