| | |
|---|---|
| 1 | COOLEY GODWARD LLP |
| 2 | THOMAS J. FRIEL, JR. (80065)<br>BENJAMIN K. RILEY (112007) |
| 3 | JAMES P. BROGAN (155906)<br>ANDREW KUMAMOTO (178541) |
| 4 | WAYNE O. STACY (admitted pro hac vice)<br>Five Palo Alto Square, 3000 El Camino Real |
| 5 | Palo Alto, CA 94306-2155<br>Telephone:   (650) 843-5000 |
| 6 | Facsimile:   (650) 857-0663 |

Attorneys for Plaintiff IP LEARN, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IP LEARN, LLC,<br><br>   Plaintiff and Counterdefendant,<br><br>v.<br><br>SABA SOFTWARE INC.; and<br>DOES 1-10,<br><br>   Defendant and Counterclaimant. | No. C 02-02634 JW (HRL)<br><br>**OPPOSITION TO SABA SOFTWARE'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT AND INVALIDITY RE: THE '486 FAMILY OF PATENTS**<br><br>**[DOCUMENT FILED UNDER SEAL]**<br><br>Date:       June 9, 2003<br>Time:      9:00 a.m.<br>Judge:    The Honorable James Ware<br>Courtroom: 8, 4th Floor |
| AND RELATED COUNTERCLAIMS. | |

**FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER**

**CONTAINS HIGHLY CONFIDENTIAL INFORMATION**

---

COOLEY GODWARD LLP
ATTORNEYS AT LAW
PALO ALTO

646762 v1/PA
DV1M01!.DOC

**OPP. TO MOTION FOR SUMMARY JUDGMENT
RE: '486 FAMILY OF PATENTS
Case No. C 02-02634 JW (HRL)**