```
COOLEY GODWARD LLP
THOMAS J. FRIEL, JR. (80065)
BENJAMIN K. RILEY (112007)
JAMES P. BROGAN (155906)
ANDREW KUMAMOTO (178541)
WAYNE O. STACY (admitted pro hac vice)
B. DOUGLAS ROBBINS (219413)
Five Palo Alto Square, 3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone:    (650) 843-5000
Facsimile:    (650) 857-0663
```

Attorneys for Plaintiff
IP LEARN, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IP LEARN, LLC,<br><br>    Plaintiff and Counterdefendant,<br><br>v.<br><br>SABA SOFTWARE INC.; and DOES 1-10,<br><br>    Defendant and Counterclaimant. | No. C 02-02634 JW (HRL)<br><br>**DECLARATION OF WAYNE O. STACY IN SUPPORT OF:**<br><br>**(1) OPPOSITION TO SABA SOFTWARE INC.'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT RE: THE '448 AND '556 PATENTS AND;**<br><br>**(2) OPPOSITION TO SABA SOFTWARE'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGMENT AND INVALIDITY RE: THE '486 FAMILY OF PATENTS**<br><br>Date:     June 9, 2003<br>Time:     9:00 a.m.<br>Judge:    Honorable James Ware<br>Courtroom: 8 (4th Floor) |
| AND RELATED COUNTERCLAIMS. | |

I, WAYNE O. STACY, do declare and state as follows:

    1.    I have personal knowledge of the matters set forth herein and, if called as a

1   witness, could and would testify competently thereto. Those matters set forth on information and
2   belief are believed to be true.
3       2.   I am an attorney at law, licensed to practice before the courts of the States of
4   Colorado, Texas, and the United States Patent Bar, and an associate in the firm of Cooley
5   Godward LLP, counsel for plaintiff IP LEARN, LLC ("IP LEARN") in this action. I make this
6   declaration based on my personal knowledge and, if called to testify to the matters set forth
7   herein, I could and would testify competently thereto.
8       3.   In this declaration I cite and refer to specific documents or sections of specified
9   documents. True and correct copies of the relevant sections of the various documents are
10  attached hereto as exhibits, and the abbreviations, their corresponding information sources, and
11  relevant Exhibit numbers are listed here:

| INFORMATION SOURCE | ABBREVIATION | EXHIBIT |
|---|---|---|
| Declaration of Jodie Kalikow in Support of Saba Software, Inc.'s Motions for Summary Judgment (filed May 2, 2003) | Kalikow Declaration | Exhibit 1 |
| Deposition Transcript of Jodie Kalikow (taken Apr. 10, 2003) **[DOCUMENT MANUALLY FILED UNDER SEAL]** | Kalikow Deposition | Exhibit 2 |
| Order Granting Defendant Saba Software Inc.'s Miscellaneous Administrative Request to Modify Summary Judgment and Claim Construction Schedule (Mar. 21, 2003) | Case Scheduling Order | Exhibit 3 |
| SuccessMaker Instructional Management Handbook (1993) (SA 6230, 6231, 6307) | SuccessMaker Handbook | Exhibit 4 |
| Disclosure of Asserted Claims and Preliminary Infringement Contentions (served Nov. 27, 2002) | IP Learn's PICs | Exhibit 5 |
| Saba's Preliminary Proposed Claim Construction (served Feb. 18, 2003) | Saba's Claim Construction | Exhibit 6 |
| IP Learn's Proposed Claim Constructions (served Feb. 18, 2003) | IP Learn's Claim Construction | Exhibit 7 |
| Order Re: Claims Construction (Mar. 21, 2003) | Claims Construction Order | Exhibit 8 |
| U.S. Patent No. 5,779,486 | '486 Patent | Exhibit 9 |
| U.S. Patent No. 5,934,909 | '909 Patent | Exhibit 10 |
| U.S. Patent No. 6,118,973 | '973 Patent | Exhibit 11 |
| U.S. Patent No. 6,126,448 | '448 Patent | Exhibit 12 |
| U.S. Patent No. 6,398,556 | '556 Patent | Exhibit 13 |
| Iraj Hirmanpour, A Computerized Model for Placement and Diagnostic Testing in College Remedial Mathematics 30-34 (1980) (unpublished Ph.D. dissertation, University of Central Florida) (SA 6684-6688) | Hirmanpour Thesis | Exhibit 14 |

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 19, 2003

_____
Wayne O. Stacy