1
2
3
4
5
6                          UNITED STATES DISTRICT COURT

7                        NORTHERN DISTRICT OF CALIFORNIA

8                               SAN JOSE DIVISION

9

10   IP LEARN, LLC,                              No.        C 02-02634 JW

11          Plaintiff and Counterdefendant,      **ORDER GRANTING
                                                 SABA SOFTWARE, INC.'S
12              v.                               MOTION TO AMEND
                                                 PRELIMINARY INVALIDITY
13   SABA SOFTWARE INC.; and DOES 1-10,          CONTENTIONS PURSUANT TO
                                                 LOCAL RULE 3-7**
14          Defendant and Counterclaimant.
                                                 Judge:       Hon. James Ware
15                                               Courtroom:   8, 4th Floor

16          Saba Software, Inc. ("Saba") filed an unopposed motion to amend its preliminary

17   invalidity contentions pursuant to Northern District of California Patent Local Rule 3-7.  Saba

18   seeks leave of the Court to supplement its preliminary invalidity contentions to add "Table 9,"

19   attached as Exhibit C to the Declaration Of David E. Melaugh In Support Of Saba Software,

20   Inc.'s Motion To Amend Preliminary Invalidity Contentions Pursuant To Local Rule 3-7.  After

21   considering the requesting papers and all other matters presented to the Court, and finding good

22   cause therefor, it is hereby Ordered that the Saba's unopposed motion request is GRANTED.

23          IT IS SO ORDERED.

24

25          Dated:  _May 29, 2003_____

26                                              __/s/ James Ware_____
                                                HON. JAMES WARE
27                                              United States District Judge

28